**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**APPEAL No. 21-6585**

---

**UNITED STATES OF AMERICA,**

*Plaintiff-Appellee,*
**v.**

**TREYTON THOMAS,**

*Defendant-Appellant.*

---

On Appeal from the United States District Court
For the Eastern District of North Carolina
District Court No. 5:16-cr-00298-D-1 and 5:18-cr-87-D-1

---

# STATUS REPORT RE: DISTRICT COURT'S RESOLUTION OF APPELLANT'S MOTION FOR RETURN OF PROPERTY

---

**THIS IS A DIRECT APPEAL FROM A FINAL ORDER OF FORFEITURE IN A CRIMINAL CASE**

---

Howard Srebnick
**BLACK SREBNICK**
201 S. Biscayne Blvd, Suite 1300
Miami, Florida 33131
(305) 371-6421
HSrebnick@RoyBlack.com

*Counsel for Appellant Treyton Thomas*

Following receipt of this Court's Notice (CA4 Doc. 29) indicating that "[t]he parties may file a motion for limited remand, Appellant Thomas filed an *Unopposed Motion for Limited Remand to the District Court to Rule on Appellant's Motion for Return of Property* (CA4 Doc. 30), which this Court granted in an Order dated December 1, 2022 (CA4 Doc. 32-1) that directed the parties to "file a status report on January 3, 2023 and every 30 days thereafter."

On January 3, 2023, February 2, 2023, March 3, 2023, April 3, 2023, May 3, 2023, June 2, 2023, July 5, 2023, August 2, 2023, September 1, 2023, October 2, 2023, November 1, 2023, December 1, 2023, January 4, 2024, February 2, 2024, March 4, 2024, April 3, 2024, May 6, 2024, June 3, 2024, Jul 3, 2024, August 5, 2024, September 3, 2024, October 3, 2024, November 4, 2024, December 4, 2024, January 6, 2025, February 5, 2025, March 6, 2025, April 7, 2025, May 1, 2025, June 2, 2025, July 3, 2025, August 4, 2025, September 3, 2025, October 8, 2025, November 5, 2025, December 4, 2025, January 6, 2026, February 5, 2026, March 6, 2026, April 6, 2026, May 11, 2026, June 4, 2026, July 6, 2026, August 5, 2026 and September 2, 2026, undersigned filed status reports (CA4 Doc. 35, Doc. 36, Doc. 37, Doc. 38, Doc. 39, Doc. 40, Doc. 41, Doc. 42, Doc. 43, Doc. 44, Doc. 45, Doc. 46, Doc. 47, Doc. 48, Doc. 49, Doc. 50, Doc. 51, Doc. 52, Doc. 53, Doc. 54, Doc. 55, Doc. 56, Doc. 57, Doc. 58, Doc. 59, Doc. 60, Doc. 61, Doc. 62, Doc. 63, Doc. 64, Doc. 65, Doc. 66, Doc. 67, Doc. 68, Doc. 69, Doc.71, Doc. 72, Doc.73, Doc.

74, Doc.75, Doc.77, Doc. 78, Doc.79, Doc. 80 and Doc.81 respectively), reporting that the district court had not yet ruled on Appellant's Motion for Return of Property (DC Doc. 185).

As of this date, October 2, 2026, there have been no additional entries on the docket relating to the motion; the district court has not yet ruled on the motion.

CERTIFICATE OF SERVICE

I hereby certify that the Court's CM/ECF system will automatically send email notification to all parties on the date this document is e-filed.

Respectfully submitted,

/s/ *Howard Srebnick*
Howard Srebnick
**BLACK SREBNICK**
201 S. Biscayne Blvd, Suite 1300
Miami, FL 33131 / (305) 371-6421

*Counsel for Treyton Thomas*